(133 So. 926)

### Clarence TOMLIN v. STATE.
### 6 Div. 70.

Court of Appeals of Alabama.
Jan. 12, 1932.

RICE, J.
Affirmed.

(130 So. 926)

### Walter TOMZACK v. STATE.
### 4 Div. 716.

Court of Appeals of Alabama.
Nov. 11, 1930.

BRICKEN, P. J.
Appeal dismissed.

(134 So. 926)

### John William TOWNLEY v. STATE.
### 8 Div. 292.

Court of Appeals of Alabama.
May 26, 1931.

RICE, J.
Affirmed.

(134 So. 926)

### Columbus TRACY v. STATE.
### 5 Div. 826.

Court of Appeals of Alabama.
April 21, 1931.

SAMFORD, J.
Appeal dismissed.

(132 So. 925)

### W. S. TRAVIS v. STATE.
### 8 Div. 110.

Court of Appeals of Alabama.
Feb. 10, 1931.

RICE, J.
Affirmed.

(134 So. 926)

### UNION CENTRAL BANK v. E. S. COCHRAN.
### 7 Div. 810.

Court of Appeals of Alabama.
April 21, 1931.

PER CURIAM.
Appeal dismissed on motion of appellant.

(134 So. 926)

### Loraine VAUGHN v. STATE.
### 8 Div. 198.

Court of Appeals of Alabama.
May 26, 1931.

RICE, J.
Appeal dismissed.